IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RODGER ROBINSON,              )
                              )        2:07-cv-2200-GEB-JFM
              Plaintiff,      )
                              )
     v.                       )        ORDER*
                              )
FROSTHOLM 2003 LIVING TRUST,  )
                              )
              Defendant.      )
_____)
```

       Plaintiff moves for leave to amend his complaint under Federal Rule of Civil Procedure ("Rule") 15. Specifically, Plaintiff seeks to join additional defendants based on discovery indicating they are owners of the property where Plaintiff allegedly encountered barriers.

       Defendant counters that Plaintiff's motion fails to address Rule 16's good cause standard applicable to amendment of the portion of the Rule 16 scheduling order concerning Plaintiff's motion, and has not shown that amendment is justified under Rule 15.

---

       * This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1        Since Plaintiff's motion to amend was filed after the Status
2   (Pretrial Scheduling) Order issued on January 29, 2008 ("Scheduling
3   Order"), Rule 16's good cause standard applies to amend whatever
4   provision of the Scheduling Order is affected by Plaintiff's Rule 15
5   amendment motion, because the Scheduling Order does not prescribe
6   otherwise.  Even though Plaintiff "did *not* specifically request that
7   the court modify its scheduling order" and rather "merely move[s] to
8   amend [his] complaint" under Rule 15, the motion is "treated as a de
9   facto [Rule 16] motion to amend [the "no further amendments" provision
10  and other affected provisions] of the scheduling order."  <u>Johnson v.</u>
11  <u>Mammoth Recreations, Inc.</u>, 975 F.2d 604, 608-09 (9th Cir. 1992).  The
12  Rule 15 amendment question is only reached if Plaintiff shows
13  amendment of the pertinent portions of the Scheduling Order is
14  justified under Rule 16's good cause standard.
15       Since Plaintiff has not shown good cause justifying
16  amendment of the portions of the Scheduling Order pertinent to the
17  amendment he seeks under Rule 15, the motion is denied.

Dated:  August 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge